IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00517-CMA

SCOTT AARON WELCH,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Christine M. Arguello on , incorporated herein by reference, it is

ORDERED that the SSA Commissioner's final order is AFFIRMED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Scott Aaronb Welch.  It is

FURTHER ORDERED that this civil action and complaint are DISMISSED with prejudice.

    DATED January 11, 2016

                                                FOR THE COURT:

                                                JEFFREY P. COLWELL, CLERK

                                                s/V. Barnes
                                                V. Barnes,
                                                Deputy Clerk